In the Matter of the Judicial Settlement of the Account of Proceedings of MARY F. THORP, as Administratrix, etc., of ELIZA BRENNAN, Also Known as ELIZABETH BRENNAN, Deceased. MARY F. THORP, Petitioner-Appellant, WILLIAM BETTS and Others, Respondents.— Appeal from a final decree of the Surrogate's Court, New York county, judicially settling the account of proceedings of Mary F. Thorp as administratrix, etc., and denying her claim to the assets set forth in her account. The appellant also brings up for review an intermediate decree on accounting of said court, sustaining the objections of respondents to her account as administratrix and determining their status as the sole heirs at law and next of kin of the decedent. Decrees unanimously affirmed, with costs to the respondents payable out of the estate. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Untermyer, JJ.

LEONARD GOODMAN, Appellant, v. NEW ROCHELLE CASCADES, INC., and Others, Respondents.— Action to rescind the sale of its stock made by defendant New Rochelle Cascades, Inc., to plaintiff and to recover the consideration. Judgment entered on a decision dismissing the complaint on the merits after trial at Special Term unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Untermyer, JJ.

JAMES B. MARTIN and Another, Appellants, v. THE CITY OF NEW YORK and Others, Defendants, Impleaded with DIMARCO & REIMANN, INC., Respondent.— Order denying plaintiffs' motion for an interlocutory judgment on the pleadings directing defendant-respondent to account, and order granting reargument and adhering to the original decision, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Untermyer, JJ.

NEW YORK LIFE INSURANCE COMPANY, Respondent, v. WEST EIGHTEENTH AND NINETEENTH STREET REALTY CORPORATION and Others, Defendants, Impleaded with ROBERT E. McLEAR, Appellant.— Order granting plaintiff's motion to dismiss the counterclaims in the answer of defendant-appellant, upon the ground that they fail to state facts sufficient to constitute a cause of action, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Untermyer, JJ.

CELIA MEYER and SIGMUND MEYER, Appellants, v. CLARA KAUFLER and Another, Respondents.— Action for personal injuries to plaintiff Celia Meyer, and for loss of services to her husband, Sigmund Meyer. Judgment entered on a verdict of the jury in favor of defendants unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Untermyer, JJ.